HENRY KEMP, Respondent, *v.* JAMES Q. HOLCOMB, Appellant.

(Argued June 9, 1873; decided September 23, 1873.)

THE prominent questions in this case were upon exceptions to the charge. *Held*, that the exceptions were insufficient, not being to the charge as made. Other questions as to the admission and rejection of evidence were disposed of upon the facts in the case.

SICKELS—VOL. VIII. 80

*A. J. Perry* for the appellant.

*H. C. Place* for the respondent.

FOLGER, J., reads for affirmance.
All concur.
Judgment affirmed.